


**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue, New York, NY 10022
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Andrew P. Yacyshyn**
Direct Dial: (212) 508-6792
yacyshyn@thsh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2021

April 29, 2021

**BY ECF**

The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18D
New York, NY 10007-1312
Tel: (212) 805-0248

  Re: Request to Adjourn Initial Pretrial Conference
    *Roberto Miranda v. Lexington United LLC et al.*
    Case No.: 20-cv-10890-PGG-RWL

Dear Judge Lehrburger:

  We are the attorneys for Lexington United LLC and Roni Mova, who we believe to be "John Doe Defendant," in connection with the above-referenced wage and hour action.

  We write with the consent of Plaintiff to respectfully request an extension of time to complete and file Your Honor's Civil Case Management Plan and Scheduling Order and an adjournment of the initial pretrial conference currently scheduled for May 6, 2021, in light of United States District Judge Paul G. Gardephe's Mediation Order filed April 22, 2021.

  Pursuant to the Mediation Order, the parties are ordered to mediate prior to the FRCP 16(b) case management conference, and are further ordered, in the event the parties do not reach settlement at the mediation, to promptly meet and confer pursuant to FRCP 26(f) in preparation of the initial pretrial conference. Accordingly, in view of the Mediation Order, the parties hereby respectfully request that Your Honor adjourn the initial pretrial conference *sine die* and that the Court schedule such conference in the event that the mediation is unsuccessful.

  Thank you, Your Honor, for your consideration in this matter.

                Respectfully submitted,

                Andrew P. Yacyshyn

[1146356-1]

cc: Mohammed Ahmed Gangat
Gangat LLC
270-05 79 Avenue
New Hyde Park, NY 11040
(718) 669-0714
Email: mgangat@gangatllc.com
*Attorney for Plaintiff*
[BY ECF]

SO ORDERED:

4/29/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE